IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **Optima Direct, LLC,**<br><br>     Plaintiff,<br><br>     v.<br><br>**Okta, Inc.,**<br><br>     Defendant. | Case No. 3:19-cv-06376-EMC<br><br>Patent Case<br><br>Jury Trial Demanded |

**PLAINTIFF OPTIMA'S NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Optima Direct, LLC hereby dismisses this action **without prejudice**. Defendant has not yet answered the Complaint or moved for summary judgment.

Dated: December 20, 2019         Respectfully submitted,

/s/ Steven A. Nielsen
Steven A. Nielsen
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939
415-272-8210
Steve@NielsenPatents.com

Isaac Rabicoff
(*Pro Hac Vice admission pending*)
**Rabicoff Law LLC**
73 W Monroe St
Chicago, IL 60603
(773) 669-4590
isaac@rabilaw.com

**Counsel for Plaintiff**
**Optima Direct, LLC**

SO ORDERED this  23rd  day of   December     ,  2019  .

_____
UNITED STATES DISTRICT JUDGE

3